No. 99–9569. MORROW v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–9570. JONES v. CORCORAN, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–9572. WATTS v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–9573. WALKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–9575. PHILLIPS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 99–9582. SANCHEZ v. NEWLAND, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 99–9583. SAAHIR v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–9585. SIDNEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–9587. ELMORE v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 99–9589. HALL v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 99–9593. GUIDRY v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 99–9595. DORENBOS v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 99–9598. ESTRADA, AKA ESPARZA v. LAMARQUE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.